UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT CUTLER, ) | 3:14-cv-00376-LRH-WGC |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | September 26, 2014 |
| ) | |
| COUNTY OF EUREKA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KATIE LYNN OGDEN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Judge Cobb recuses himself from further proceedings in this case.

   **IT IS HEREBY ORDERED** that the Clerk shall draw another Magistrate Judge to be assigned to this case.

**IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK


                                        By:    /s/
                                             Deputy Clerk